IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE LITO CAMPOS,<br><br>  Defendant. | No. CR-06-70782 HRL<br><br>[~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING AND ARRAIGNMENT<br><br>Hon. Patricia V. Trumbull |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the preliminary hearing/arraignment in the above-captioned matter may be continued from Thursday, February 1, 2007 at 9:30 a.m. to Thursday, February 8, 2007 at 2:00 p.m.

It is further ordered that the one-week period of delay shall be excluded from the time within which an information or indictment must be filed under the Speedy Trial Act, as the reasonable time necessary for effective preparation, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

Dated: 1/31, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Order Continuing Arraignment         1